UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM A. MANUEL, INDIVIDUALLY, AND AS ADMINISTRATOR OF ESTATE OF EILEEN A. MANUEL<br><br>VERSUS<br><br>TAKEDA PHARMACEUTICALS AMERICA, Inc., et al. | MISC. CASE NO. <u>16-mc-57</u><br><br><br>JUDGE DOHERTY<br><br><br>MAGISTRATE JUDGE HANNA |

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, EILEEN A. MANUEL**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of William Manuel as Executor; and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, William Manuel as Executor on behalf of Estate and legal heirs to the Estate of Eileen A. Manuel, deceased, and Takeda, as notice to the Court on <u>October 31,</u> 2016 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND

SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this <u>1st</u> of <u>November</u>, 2016.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE